# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELKINO DAWKINS, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:14-cv-01809-GMN-GWF |
| vs. ) | |
| ) | **ORDER** |
| LAS VEGAS PUBLIC LIBRARY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge George Foley, Jr., (ECF No. 5), which recommends that Plaintiff Elkino Dawkins's Complaint (ECF No. 1-1) be **DISMISSED WITH PREJUDICE**.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1–4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3–2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3–2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g., United States v. Reyna–Tapia,* 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 5) is **ACCEPTED and ADOPTED** to the extent that it is not inconsistent with this Order.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (ECF No. 1-1) is **DISMISSED with prejudice**.

**DATED** this 3rd day of June, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Judge